Hassn v Armouth Intl. Inc. (2023 NY Slip Op 06332)

Hassn v Armouth Intl. Inc.

2023 NY Slip Op 06332

Decided on December 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 12, 2023

Before: Kern, J.P., Singh, Kennedy, Mendez, Rodriguez, JJ. 

Index No. 650005/20 Appeal No. 1189M-04560 Case No. 2022-01010 

[*1]Hossam Hassan Elanwar Saber Hassn, Plaintiff-Respondent,
v
Armouth International Inc., Defendant-Appellant.

Jason R. Mischel, New York, for appellant.
Jonathan A. Stein, P.C., Cedarhurst (Jonathan A. Stein of counsel), for respondent.

Appeal from order, Supreme Court, New York County (Gerald Lebovits, J.), entered January 24, 2022, which denied defendant's motion for a stay of a prior order concerning discovery and for leave to amend its counterclaims and granted plaintiff's cross-motion to strike the counterclaims, unanimously dismissed, without costs.
After this appeal from an interlocutory order was perfected, final judgment was entered in favor of plaintiff. It is well established that, "once a final judgment is entered, the right to directly appeal from an interlocutory order terminates" (Zheng v City of New York, 92 AD3d 412, 413 [1st Dept 2012]). Since the order appealed from did not direct summary judgment or judgment on a motion addressed to the pleadings, the notice of appeal is not deemed to be from the subsequent judgment (CPLR 5501[c]). The appeal is thus dismissed, notwithstanding that Hassn did not formally move to dismiss the appeal or request dismissal on this ground in its brief. The appeal from the judgment will bring up for review any interlocutory order that "necessarily affects" the judgment (CPLR 5501[a][1];see Siegmund Strauss, Inc. v East 149th Realty Corp., 20 NY3d 37, 42 [2012]; U.S. Bank, N.A. v Kim, 219 AD3d 1207 [1st Dept 2023]). M-2023-04560 Hassn v Armouth International Inc.
Motion to consolidate appeals, denied as academic.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 12, 2023